# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1243

_____

United States of America,               *
                                         *
            Appellee,                    *
                                         *
      v.                                 *   Appeal from the United States
                                         *   District Court for the
Lisa Carol Jones,                        *   Eastern District of Arkansas.
also known as                            *
Sherry Jones Avuru,                      *   [UNPUBLISHED]
                                         *
            Appellant.                   *

_____

Submitted: May 1, 2007
Filed: May 2, 2007

_____

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

_____

PER CURIAM.

Lisa Carol Jones appeals the district court's[1] revocation of her probation. After carefully reviewing the record and submissions on appeal, we affirm and grant counsel's motion to withdraw.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.